**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., | No. CV 10–3270 PA (AGRx) |
| Petitioner, | JUDGMENT |
| v. | |
| CELESTIAL MEDIA ORGANIZATION; and ARROW RELEASING, INC., | |
| Respondents. | |

In accordance with the Court's July 12, 2010 order granting petitioner Screen Actors Guild, Inc.'s ("Petitioner") petition to confirm an arbitration award,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Arbitration Award issued by arbitrator Sara Adler in Case No. 2005-0034 on May 1, 2006, is confirmed in all respects;

2. Petitioner shall recover from respondents Celestial Media Organization and Arrow Releasing, Inc. ("Respondents"), jointly and severally, the amount of $85,000.00 representing the arbitration award;

3. Petitioner shall recover $300.00 in arbitrator's fees;

4. Petitioner shall recover from Respondents its attorneys' fees in the amount of $1,600.00;

1        5.     Petitioner shall recover its costs in the amount of $350.00.

2        The Clerk is ordered to enter this Judgment.

4        DATED: July 12, 2010

                                                                  Percy Anderson
                                           UNITED STATES DISTRICT JUDGE